Barbara A. Smart, Esq. SBN: 147719
Smart Legal Services
Barbara A. Smart
22693 Hesperian Blvd., Ste. 210
Hayward, CA 94541

Tel: 510-670-0101
Fax: 510-783-1645

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>GERARDO MARQUEZ TEJEDA,<br><br>Debtor. | Case No.: **2010-92306**<br>Chapter 13<br><br>DC No.: RDG-3<br>Chapter 13<br><br>**RESPONSE TO MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307**<br><br>Date: June 17, 2014<br>Time: 10:00 a.m.<br>Courtroom: 1200 I Street, 2nd Floor, Dept. D<br>              Modesto, CA |

Debtor GERARDO MARQUEZ TEJEDA hereby respond to the Chapter 13 trustee's motion for order of dismissal as follows:  Debtor will be filing a modified plan to include the arrears of $2,851.63 of Wells Fargo Home Mortgage, Amended Proof of Claim, No. 6.3.

Dated:  June 5, 2014                                           SMART LEGAL SERVICES


                                                               /s/ *Barbara A. Smart*
                                                               BARBARA A. SMART
                                                               Attorneys for Debtor